# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                                    Case No. 10-08788

    STEVE GALDYN
    URSZULA GALDYN
        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/02/2010.

2) The plan was confirmed on 05/06/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 03/18/2014.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $11,900.00.

10) Amount of unsecured claims discharged without payment: $42,650.22.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $15,360.00 | |
| Less amount refunded to debtor | $132.96 | |
| **NET RECEIPTS:** | | **$15,227.04** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,835.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $791.43 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,626.43** |

Attorney fees paid and disclosed by debtor:     $700.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE MANAGEM | Unsecured | 1,206.53 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| ARBOR GLEN CONDOMINIUM ASSOC | Secured | 1,227.45 | NA | NA | 0.00 | 0.00 |
| ARBOR GLEN CONDOMINIUM ASSOC | Unsecured | 1,227.45 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 1,349.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,310.00 | 1,601.00 | 1,601.00 | 320.20 | 0.00 |
| CHICAGO RIDGE RADIOLOGY | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO RIDGE RADIOLOGY | Unsecured | 413.20 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 124.88 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED EMERGENCY SERVICE | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| FIRST FINANCIAL ASSET MGNT | Unsecured | 588.73 | NA | NA | 0.00 | 0.00 |
| FMS SERVICES | Unsecured | 828.11 | NA | NA | 0.00 | 0.00 |
| FOTI CHRONOPOULOS MD SC | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| FREEDMAN ANSELMO LINDBERG LI | Unsecured | 1,319.08 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CONNECTIONS | Secured | 2,572.76 | NA | NA | 0.00 | 0.00 |
| GLOBAL CONNECTIONS INC | Unsecured | 2,417.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEMS INC | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 717.64 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 673.71 | 673.71 | 673.71 | 134.74 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,296.58 | 1,296.58 | 259.32 | 0.00 |
| LVNV FUNDING | Unsecured | 1,223.00 | 918.99 | 918.99 | 183.80 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 870.53 | 870.53 | 174.11 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 311.30 | 311.30 | 62.26 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 803.56 | NA | NA | 0.00 | 0.00 |
| NEOPHYTOS L SAVIDE | Unsecured | 336.68 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PALOS COMMUNITY HOSPITAL | Unsecured | 76.17 | NA | NA | 0.00 | 0.00 |
| PALOS EMERGENCY MEDICAL SERV | Unsecured | 28.60 | NA | NA | 0.00 | 0.00 |
| PALOS EMERGENCY MEDICAL SERV | Unsecured | 28.60 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 600.00 | 603.91 | 603.91 | 120.78 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,179.68 | 1,179.68 | 1,179.68 | 235.94 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,349.37 | 1,349.37 | 1,349.37 | 269.87 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 19.28 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL PHYSICIANS | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL PHYSICIANS | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION HEALTH CARE | Unsecured | 91.22 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 9,000.00 | 13,079.18 | 9,000.00 | 9,000.00 | 925.82 |
| SANTANDER CONSUMER USA | Unsecured | 4,463.00 | 0.00 | 4,079.18 | 815.84 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 842.72 | NA | NA | 0.00 | 0.00 |
| TCF BANK & SAVINGS | Secured | 85,000.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK & SAVINGS | Secured | 5,051.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK & SAVINGS | Unsecured | 12,395.03 | NA | NA | 0.00 | 0.00 |
| TCF BANK & SAVINGS | Unsecured | 5,051.00 | NA | NA | 0.00 | 0.00 |
| TINLEY WOODS  SURGERY CENTER | Unsecured | 180.20 | NA | NA | 0.00 | 0.00 |
| TINLEY WOODS  SURGERY CENTER | Unsecured | 119.09 | NA | NA | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 489.63 | 489.63 | 489.63 | 97.93 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,000.00 | $9,000.00 | $925.82 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,000.00** | **$9,000.00** | **$925.82** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$13,373.88** | **$2,674.79** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,626.43 |
| Disbursements to Creditors | $12,600.61 |
| **TOTAL DISBURSEMENTS** : | **$15,227.04** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/29/2014                        By: /s/ Tom Vaughn
                                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**